UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GARY MICHEAL COPENY,

    Plaintiff,

    v.

GREG JUCEAM,

    Defendant.

Case No. 3:25-CV-662-CCB-SJF

## **OPINION AND ORDER**

This matter is before the Court following Magistrate Judge Scott J. Frankel's report and recommendation. (ECF 12). Magistrate Judge Frankel recommended that Defendant Greg Juceam's Motion to Dismiss, (ECF 5), be granted, Plaintiff Gary Micheal Copeny's Motion to Strike Down the Defendant[']s Motion to Dismiss This Claim, (ECF 8), be denied, and this case be dismissed. Mr. Copeny has also filed an additional motion, (ECF 11), which the Court will address first before considering Judge Frankel's Report and Recommendation.

Mr. Copeny's additional motion consists of several conclusory statements unaccompanied by facts or authority. He does not specify any relief sought, and he does not elaborate on his allegations beyond stating that "hotel law has been[] violated." (ECF 11). This motion is largely incoherent, but Mr. Copeny seems to be making unsupported assertions, not seeking relief from the Court. Accordingly, this motion is denied. (ECF 11).

This Court's review of a magistrate judge's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

Under Federal Rule of Civil Procedure 72(b), the Court must only determine de novo those portions of the magistrate judge's report and recommendation to which specific written objections have been made. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). If no objection or only a partial objection is made, the Court reviews those unobjected portions for clear error. *Id.* Under the clear error standard, the Court can only overturn a magistrate judge's ruling if the Court is left with "the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co., Ltd.*, 126 F.3d 926, 943 (7th Cir. 1997). "If no party objects to the magistrate judge's action," the Court "may simply accept it." *Schur v. L.A. Weight Loss Centers, Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

Both 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) require the parties to file objections to a report and recommendation within 14 days of being served. Magistrate Judge Frankel informed the parties of this deadline in his report and recommendation. (ECF 12). No objections have been filed.

The Court has reviewed Magistrate Judge Frankel's well-reasoned report and recommendation, (ECF 12), and found no clear error. Mr. Juceam's Motion to Dismiss,

(ECF 5), is **GRANTED.** Mr. Copeny's Motion to Strike Down the Defendant[']s Motion to Dismiss This Claim, (ECF 8), is **DENIED.** Mr. Copeny's additional motion, (ECF 11), is also **DENIED**. The Clerk is **DIRECTED** to close this case.

SO ORDERED on July 8, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT